UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 20-cr-00066-RDM |
| | ) | |
| MURALI YAMAZULA VENKATA, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**PARTIES' JOINT PROPOSED STATEMENT OF THE CASE**

The United States, by and through undersigned counsel, and defendant Murali Venkata, through counsel, respectfully submit the following joint proposed Statement of the Case. Undersigned counsel for the United States consulted with counsel for defendant Venkata, who have agreed to the government submitting this filing on behalf of both parties.

1

## JOINT PROPOSED STATEMENT OF THE CASE

This is a criminal case. The defendant is Murali Mohan Yamazula Venkata. During the time period relevant to this case, Mr. Venkata was employed as an Information Technology, or "IT," Specialist at the Department of Homeland Security – Office of Inspector General, or "DHS-OIG," which is a federal agency. The Indictment alleges that from approximately October 2014 through April 2017, there was a conspiracy to steal software and databases belonging to DHS-OIG and another federal agency, the United States Postal Service – Office of Inspector General, or "USPS-OIG," and that Mr. Venkata joined the conspiracy. Mr. Venkata's alleged co-conspirators were Charles Kumar Edwards and Sonal Patel. The Indictment alleges that the purpose of the conspiracy was to use the stolen software and databases to develop a commercial software product to sell to other government agencies. The conspirators allegedly attempted to sell the commercial software product to the United States Department of Agriculture – Office of Inspector General, or "USDA-OIG," based on materially false pretenses, representations, or promises, or concealment of material facts. The Indictment further alleges that, in furtherance of the scheme, Mr. Venkata transferred, used, or possessed personally identifying information belonging to four individuals in an unauthorized manner. Finally, the Indictment alleges that Mr. Venkata destroyed evidence in an effort to impede the investigation of this matter.

Mr. Venkata is charged with one count of Conspiracy to commit Theft of Government Property [and to defraud the United States,][1] one count of Theft of Government Property, [one count of Wire Fraud, four counts of Aggravated Identity Theft,][2] and one count of Destruction of Records.

---

[1] Defendant's objection: Subject to outcome of Defendant's motions to dismiss.

[2] *Id*.

Mr. Venkata denies the Indictment's allegations and has pleaded not guilty to the charges and sought a trial by jury.

                                                                                                   Respectfully submitted,

| | |
|---|---|
| MATTHEW M. GRAVES<br>UNITED STATES ATTORNEY<br>For the District of Columbia | COREY R. AMUNDSON<br>CHIEF<br>Public Integrity Section |
| By: */s/ J.P. Cooney*<br>    J.P. COONEY<br>    D.C. Bar No. 494026<br>    Assistant United States Attorney<br>    Fraud, Public Corruption, and Civil Rights Section<br>    555 4th Street, NW<br>    Washington, D.C. 20530<br>    (202) 809-3502<br>    joseph.cooney@usdoj.gov | By: */s/ Victor R. Salgado*<br>    VICTOR R. SALGADO<br>    D.C. Bar No. 975013<br>    Senior Litigation Counsel<br>    Public Integrity Section<br>    Criminal Division<br>    1301 New York Avenue, NW<br>    Washington, D.C. 20530<br>    (202) 353-4580<br>    victor.salgado@usdoj.gov |
| By: */s/ Christine M. Macey*<br>    CHRISTINE M. MACEY<br>    D.C. Bar No. 1010730<br>    Assistant United States Attorney<br>    Fraud, Public Corruption, and Civil Rights Section<br>    555 4th Street, NW<br>    Washington, D.C. 20530<br>    (202) 252-7058<br>    christine.macey@usdoj.gov | By: */s/ Celia R. Choy*<br>    CELIA R. CHOY<br>    D.C. Bar No. 1017211<br>    Trial Attorney<br>    Public Integrity Section<br>    Criminal Division<br>    1301 New York Avenue, NW<br>    Washington, D.C. 20530<br>    (202) 875-1557<br>    celia.choy@usdoj.gov |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record for the defendants.

Dated:  March 7, 2022                          */s/ Celia R. Choy*
                                                               Celia R. Choy
                                                               Public Integrity Section
                                                               U.S. Department of Justice