UNITED STATES OF AMERICA
VS.
MURALI YAMAZULA VENKATA

Civil/Criminal No. 20-CR-66 (RDM)

| | |
|---|---|
| Government | ✓ |
| Plaintiff | |
| Defendant | |
| Joint | |
| Court | |

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| | | | | | 4/4/22 1:30pm |
| 1 | Computer Access Agreement: Venkata | 3/29/22 | 3/29/22 | Chad Steel | ✓ |
| 2 | Computer Access Agreement: Edwards | 3/29/22 | 3/29/22 | Chad Steel | ✓ |
| 3 | Computer Access Agreement: Patel | 3/29/22 | 3/29/22 | Chad Steel | ✓ |
| 4 | MOU between DHS and OPM | 4/4/22 | 4/4/22 | Chad Steel | ✓ |
| 5 | Performance Work Statement for EDS | | | | |
| 6 | Notice of Personnel Action: Venkata (6/21/2010) | | | | |
| 7 | Job Description: Venkata | | | | |
| 8 | [Intentionally left blank] | | | | |
| 9 | EDS End User Agreement | 3/29/22 | 3/29/22 | Chad Steel | ✓ |
| 10 | Audio recording of 05/06/2016 conversation between Sonal Patel and Peter Paradis | 3/31/22 | 3/31/22 | Peter Paradis | ✓ |

UNITED STATES OF AMERICA
vs.
MURALI YAMAZULA VENKATA

Civil/Criminal No. 20-CR-66 (RDM)

Government ✓
Plaintiff
Defendant
Joint
Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 10A | Transcript of EX 10 | 3/31/22 | 3/31/22 | Peter Paradis | ✓ |
| 11 | Audio recording of 05/26/2016 meeting between Charles Edwards, Sonal Patel, and Peter Paradis | 3/31/22 | 3/31/22 | Peter Paradis | ✓ |
| 11A | Transcript of EX 11 | 3/31/22 | 3/31/22 | Peter Paradis | ✓ |
| 12 | Audio recording of 10/12/2016, 17:12:55 EDT conversation between Charles Edwards and Peter Paradis | | | | |
| 12A | Transcript of EX 12 | | | | |
| 13 | Audio recording of 10/12/2016, 18:10:58 EDT conversation between Charles Edwards and Peter Paradis | | | | |
| 13A | Transcript of EX 13 | | | | |
| 14 | Audio recording of 11/2/2016 meeting between Charles Edwards and Peter Paradis | 3/31/22 | 3/31/22 | Peter Paradis | ✓ |
| 14A | Transcript of EX 14 | 3/31/22 | 3/31/22 | Peter Paradis | ✓ |
| 15 | Voicemail (1/3/2017) from Charles Edwards for Peter Paradis | | | | |

UNITED STATES OF AMERICA

VS.

MURALI YAMAZULA VENKATA

Civil/Criminal No. 20-CR-66 (RDM)

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 15A | Transcript of EX 15 | | | | |
| 16 | TFS Award Records for EDS Development | | | | |
| 16A | TFS Award Amendment & Reconciliation | 3/29/22 | 3/29/22 | Chad Steel | ✓ |
| 17 | Instant Message Extraction from Patel's iPhone (Patel & Venkata) | 4/1/22 | 4/1/22 | Chad Steel | ✓ |
| 18 | Instant Message Extraction from Patel's iPhone (Patel & Edwards I) | | | | |
| 19 | Instant Message Extraction from Edwards's iPhone (Edwards & Venkata) | 3/29/22 | 3/29/22 | Charles Edwards | ✓ |
| 19A | Thumbnail image on page 15 of EX 19 | 3/29/22 | 3/29/22 | Charles Edwards | ✓ |
| 20 | Instant Message Extraction from Edwards's iPhone (Edwards & Paradis) | | | | |
| 21 | WhatsApp Message Extraction from Edwards's iPhone (Edwards & Karthik) | | | | |
| 22 | Instant Message Extraction from Patel's iPhone (Patel & Edwards II) | 3/29/22 | 3/29/22 | Charles Edwards | ✓ |

UNITED STATES OF AMERICA
vs.
MURALI YAMAZULA VENKATA

Civil/Criminal No. 20-CR-66 (RDM)

Government ✓
Plaintiff
Defendant
Joint
Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 23 | WhatsApp Message Extraction from Edwards's iPhone (Edwards & Praveen) | | | | |
| 24 | Instant Message Extraction from Edwards's iPhone (Edwards & Barbee) | | | | |
| 25 | Email from Venkata to Edwards attaching Paris Audit Projects User Guide (3/19/17) | 3/29/22 | 3/29/22 | Charles Edwards | ✓ |
| 26 | DBS Incorporation Papers | 3/29/22 | 3/29/22 | Charles Edwards | ✓ |
| 27 | Email from Venkata to Patel re eSubpoena Requirements (7/8/16) | 3/29/22 | 3/29/22 | Charles Edwards | ✓ |
| 28 | Email from Patel to Edwards forwarding eSubpoena Requirements (7/8/16) | 3/29/22 | 3/29/22 | Charles Edwards | ✓ |
| 29 | Email from Kuo to Patel attaching EDS documents (11/4/14) | 4/1/22 | 4/1/22 | Judy Kuo | ✓ |
| 30 | Email from Patel to Edwards attaching rebuilding instructions for EDS (5-27-16) | 3/29/22 | 3/29/22 | Charles Edwards | ✓ |
| 31 | Email from Patel to Edwards forwarding Venkata instructions on EDS (6-27-16) | 3/29/22 | 3/29/22 | Charles Edwards | ✓ |
| 32 | Email from Patel to Edwards re pricing (11-2-16) | | | | |

UNITED STATES OF AMERICA
VS.
MURALI YAMAZULA VENKATA

Civil/Criminal No. 20-CR-66 (RDM)

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 33 | Email chain with developers in India (12-12-16) | | | | |
| 34 | Email from Patel to IT team re USDA-OIG Next Steps (4-19-16) | 3/31/22 | 3/31/22 | Peter Paradis | ✓ |
| 35 | Venkata Voluntary Interview Form and Sworn Statement (5-16-17) | 4/4/22 | 4/4/22 | Chad Steel | ✓ |
| 36 | T-Mobile Subpoena Return (Edwards Cell Phone) | 3/29/22 | 3/29/22 | Charles Edwards | ✓ |
| 36A | 902(11) Certification for T-Mobile Records | 3/29/22 | 3/29/22 | | ✓ |
| 36B | Select Call Records from T-Mobile (Edwards & Venkata) | 3/29/22 | 3/29/22 | | ✓ |
| 37 | Venkata Voluntary Interview Form (5-31-17) | 4/4/22 | 4/4/22 | Chad Steel | ✓ |
| 38 | Venkata Email to Applegate (5-18-17) | | | | |
| 39 | [Intentionally left blank] | | | | |
| 40 | Venkata Consent to Search Electronic Media (5-31-17) | | | | |

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

UNITED STATES OF AMERICA
VS.
MURALI YAMAZULA VENKATA

Civil/Criminal No.  20-CR-66 (RDM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 41 | DHS-OIG Inventory Form of Venkata Search (5-31-17) | | | | |
| 42 | Email from Venkata to Applegate re Code on Laptop (7-4-17) | 4/4/22 | 4/4/22 | Chad Steel | ✓ |
| 43 | DBS Records at Wells Fargo | | | | |
| 43A | 902(11) Certification for DBS Records at Wells Fargo | | | | |
| 43B | Select Bank Records Showing DBS Transfers to Cirrolix | | | | |
| 44 | Patel Plea Agreement (4-4-19) | | | | |
| 45 | Patel Statement of Offense (4-4-19) | | | | |
| 46 | Edwards Plea Agreement (1-14-22) | 3/30/22 | 3/30/22 | Charles Edwards | ✓ |
| 47 | Edwards Statement of Offense (1-14-22) | 3/30/22 | 3/30/22 | Charles Edwards | ✓ |
| 48 | ~~Inventory of Devices Seized at Edwards's~~ Residence (4-19-17) Stipulation | 3/29/22 | 3/29/22 | | ✓ |

UNITED STATES OF AMERICA
VS.
MURALI YAMAZULA VENKATA

Civil/Criminal No. 20-CR-66 (RDM)

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 49 | MMYV3 - Kanguru USB Drive (DHS-OIG) | | | | |
| 50 | Database Review (DHS-OIG) | 4/1/22 | 4/1/22 | Chad Steel | ✓ |
| 50A | Database Review (DHS-OIG) | | | | |
| 51 | CKE0033 (DHS-OIG) | | | | |
| 52 | CKE0034 (DHS-OIG) | | | | |
| 53 | CKE0035 (DHS-OIG) | | | | |
| 54 | CKE049 (DHS-OIG) | | | | |
| 54A | Screen shot from CKE049 | 3/31/22 | 3/31/22 | David Reynolds | ✓ |
| 54B | Screen shot from CKE049 | 3/31/22 | 3/31/22 | David Reynolds | ✓ |
| 54C | Screen shot from CKE049 | 4/1/22 | 4/1/22 | David Reynolds | ✓ |

Government ✓
Plaintiff
Defendant
Joint
Court

UNITED STATES OF AMERICA
VS.
MURALI YAMAZULA VENKATA

Civil/Criminal No. 20-CR-66 (RDM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 54D | Screen shot from CKE049 | | | | |
| 54E | Screen shot from CKE049 | 3/31/22 | 3/31/22 | David Reynolds | ✓ |
| 54F | Screen shot from CKE049 | 3/31/22 | 3/31/22 | David Reynolds | ✓ |
| 54G | Screen shot from CKE049 | 3/31/22 | 3/31/22 | David Reynolds | ✓ |
| 55 | CKE049 (DHS-OIG) | | | | |
| 56 | CKE0051 (DHS-OIG) | 4/1/22 | 4/1/22 | Chad Steel | ✓ |
| 56A | CKE0051 (DHS-OIG) (subset of EX 56) | | | | |
| 57 | CKE0095 (DHS-OIG) | | | | |
| 58 | CKE0100 (DHS-OIG) | | | | |
| 59 | CKE00120 (DHS-OIG) | | | | |

UNITED STATES OF AMERICA
VS.
MURALI YAMAZULA VENKATA

Civil/Criminal No. 20-CR-66 (RDM)

Government ✓
Plaintiff
Defendant
Joint
Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 60 | Venkata Home Devices (DHS-OIG) (abredacted) | 4/4/22 | 4/4/22 | Chad Steel | ✓ |
| 60A | Venkata Home Devices (DHS-OIG) (subset of EX 60) | | | | |
| 63 | CKE054 (USPS-OIG) | 3/30/22 | 3/30/22 | Chris Lowder | ✓ |
| 63A | Screen shot from CKE054 | 3/30/22 | 3/30/22 | Chris Lowder | ✓ |
| 63B | Screen shot from CKE054 | 3/30/22 | 3/30/22 | Chris Lowder | ✓ |
| 63C | Screen shot from CKE054 | 3/30/22 | 3/30/22 | Chris Lowder | ✓ |
| 63D | Screen shot from CKE054 | 3/30/22 | 3/30/22 | Chris Lowder | ✓ |
| 63E | Screen shot from CKE054 | 3/30/22 | 3/30/22 | Chris Lowder | ✓ |
| 63F | Screen shot from CKE054 | 3/30/22 | 3/30/22 | Chris Lowder | ✓ |
| 63G | Screen shot from CKE054 | 3/30/22 | 3/30/22 | Chris Lowder | ✓ |

UNITED STATES OF AMERICA
VS.
MURALI YAMAZULA VENKATA

Civil/Criminal No. 20-CR-66 (RDM)

Government ✓
Plaintiff
Defendant
Joint
Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 63H | Screen shot from CKE054 | 3/30/22 | 3/30/22 | Chris Lowder | ✓ |
| 63I | Screen shot from CKE054 | 3/30/22 | 3/30/22 | Chris Lowder | ✓ |
| 63J | Screen shot from CKE054 | 3/30/22 | 3/30/22 | Chris Lowder | ✓ |
| 65 | E-mails Produced by Peter Paradis | | | | |
| 66 | Email from Barbee to Edwards attaching IMS.pptx (11-19-16) | | | | |
| 67 | PowerPoint Presentation (Barbee) | | | | |
| 68 | Email from Barbee to Edwards Attaching User Stories (2-21-17) | | | | |
| 69 | Email from Barbee to Edwards re Timekeeping and Audit Modules (3-10-17) | | | | |
| 70 | Email from Venna to Barbee with login credentials (4-1-17) | 4/5/22 | 4/5/22 | Russell Barbee | ✓ |
| 71 | Email from Edwards to Venna re servers (4-7-17) | | | | |

UNITED STATES OF AMERICA
VS.
MURALI YAMAZULA VENKATA

Civil/Criminal No. 20-CR-66 (RDM)

Government ✓
Plaintiff
Defendant
Joint
Court

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 72 | Email from Karthik to Edwards and Barbee re servers (4-20-17) | | | | |
| 73 | eTicket Receipt for travel to India (Barbee) | | | | |
| 74 | Demo-DEV (Barbee) (11-9-16) | | | | |
| 75 | IMS Punchlist Document (Barbee) | | | | |
| 76 | Meeting Minutes (Barbee) | | | | |
| 77 | Use Cases Draft (Barbee) | | | | |
| 78 | Table (Barbee) | | | | |
| 79 | e-Subpoena Document Management System User Manual | 4/4/22 | 4/4/22 | Chad Steel | ✓ |
| 80 | CKE055 (DHS-OIG) | 4/1/22 | 4/1/22 | Chad Steel | ✓ |
| 80A | CKE055 (DHS-OIG) (subset of EX 80) | | | | |

Government ✓
Plaintiff ☐
Defendant ☐
Joint ☐
Court ☐

UNITED STATES OF AMERICA
VS.
MURALI YAMAZULA VENKATA

Civil/Criminal No. 20-CR-66 (RDM)

| EXHIBIT NUMBER | DESCRIPTION OF EXHIBITS | MARKED FOR I.D. | RECEIVED IN EVIDENCE | WITNESS | EXHIBITS SENT INTO JURY (date & time) |
|---|---|---|---|---|---|
| 81 | Documents from First Interview of M. Venkata (4-20-17) | 4/1/22 | 4/1/22 | Lillian Morales | ✓ |
| 82 | DHS Credit Monitoring | 3/29/22 | 3/29/22 | Chad Steel | ✓ |
| 83 | USPS Credit Monitoring | | | | |
| 84 | DVDs | 3/29/22 | 3/29/22 | Charles Edwards | ✓ |
| 100 | Laptop Obtained from Edwards Residence | 3/29/22 | 3/29/22 | Charles Edwards | ✓ (upon request physical evidence) |
| 101 | EDS Server No. 1 Obtained from Edwards Residence | 3/29/22 | 3/29/22 | Charles Edwards | ✓ |
| 102 | EDS Server No. 2 Obtained from Edwards Residence | 3/29/22 | 3/29/22 | Charles Edwards | ✓ |
| 103 | PARIS Server Obtained from Edwards Residence | 3/29/22 | 3/29/22 | Charles Edwards | ✓ |
| 104 | Forensic Image of PARIS Server Obtained from Edwards Residence | 3/30/22 | 3/30/22 | Chris Lowder | ✓ |