CO 109A - Rev. 3/2010

## UNITED STATES DISTRICT AND BANKRUPTCY COURTS
## FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA )
)
vs. )   Civil/Criminal No.: 20cr66-02 (RDM)
)
MURALI YAMAZULA VENKATA )
)

### NOTE FROM JURY

We have reached a verdict.

Date: 4.11.22

Time: 10:13 am

FOREPERSON