**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 20-cr-66 (RDM)** |
| | : | |
| **MURALI YAMAZULA VENKATA,** | : | |
| | : | |
| **Defendant.** | : | |

## JURY VERDICT FORM

**WE, THE JURY, UNANIMOUSLY FIND AS FOLLOWS:**

### COUNT 1

As to the charge that the Defendant Murali Yamazula Venkata conspired with others to commit Theft of Government Property or to defraud the United States, in violation of 18 U.S.C. § 371, we find the Defendant Murali Yamazula Venkata:

_____✓_____ Guilty          _____ Not Guilty

If you find the Defendant Murali Yamazula Venkata not guilty of Count 1, you must proceed to Count 2. If you find the Defendant Murali Yamazula Venkata guilty beyond a reasonable doubt of Count 1, what specific offense or offenses do you unanimously find to have been the object or objects of the conspiracy? (select one or more).

1.   Do you find beyond a reasonable doubt that there was an agreement to commit the offense of Theft of Government Property?

   Yes: ___✓___          No: _____

2.   Do you find beyond a reasonable doubt that there was an agreement to defraud the United States?

   Yes: ___✓___          No: _____

1

## COUNT 2

As to the charge that the Defendant Murali Yamazula Venkata committed Theft of Government Property, in violation of 18 U.S.C. § 641, we find the Defendant Murali Yamazula Venkata:

‎&#95;&#95;&#95;&#95;✓&#95;&#95;&#95;&#95; Guilty          &#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95; Not Guilty

If you find the Defendant Murali Yamazula Venkata not guilty of Count 2, you must proceed to Count 11. If you find the Defendant Murali Yamazula Venkata guilty beyond a reasonable doubt of Count 2, what property do you unanimously find that he stole or knowingly converted? (select one or more).

1. Copies of DHS-OIG's EDS system:

    Yes: &#95;&#95;&#95;✓&#95;&#95;&#95;          No: &#95;&#95;&#95;&#95;&#95;&#95;&#95;

2. Copies of DHS-OIG's EDS code and database files:

    Yes: &#95;&#95;&#95;✓&#95;&#95;&#95;          No: &#95;&#95;&#95;&#95;&#95;&#95;&#95;

3. Copies of USPS-OIG's case management system:

    Yes: &#95;&#95;&#95;✓&#95;&#95;&#95;          No: &#95;&#95;&#95;&#95;&#95;&#95;&#95;

4. Copies of USPS-OIG's STARS database and PARIS code:

    Yes: &#95;&#95;&#95;✓&#95;&#95;&#95;          No: &#95;&#95;&#95;&#95;&#95;&#95;&#95;

5. The Personal Identifiable Information ("PII") of approximately 246,167 DHS employees or approximately 6,723 USPS employees:

    Yes: &#95;&#95;&#95;✓&#95;&#95;&#95;          No: &#95;&#95;&#95;&#95;&#95;&#95;&#95;

## COUNT 11

As to the charge that the Defendant Murali Yamazula Venkata committed wire fraud, in violation of 18 U.S.C. § 1343, we find the Defendant Murali Yamazula Venkata:

‎&#95;&#95;&#95;&#95;✓&#95;&#95;&#95;&#95; Guilty          &#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95; Not Guilty

2

## COUNT 13

As to the charge that the Defendant Murali Yamazula Venkata committed Aggravated Identity Theft with respect to a means of identification of Scott Balfour, in violation of 18 U.S.C. § 1028A, we find the Defendant Murali Yamazula Venkata:

___✓___ Guilty          _____ Not Guilty

If you find the Defendant Murali Yamazula Venkata not guilty of Count 13, you must proceed to Count 16.  If you find the Defendant Murali Yamazula Venkata guilty beyond a reasonable doubt of Count 13, what specific offense or offenses do you unanimously find that the aggravated identity theft was during and in relation to? (select one or more).

6.    Do you find beyond a reasonable doubt that the aggravated identity theft was during and in relation to Theft of Government Property, in violation of 18 U.S.C. § 641?

Yes: ___✓___          No: _____

7.    Do you find beyond a reasonable doubt that the aggravated identity theft was during and in relation to Wire Fraud, in violation of 18 U.S.C. § 1343?

Yes: ___✓___          No: _____

## COUNT 16

As to the charge that the Defendant Murali Yamazula Venkata committed Destruction of Records, in violation of 18 U.S.C. § 1519, we find the Defendant Murali Yamazula Venkata:

___✓___ Guilty          _____ Not Guilty

BY: _____          _____
    FOREPERSON              JUROR NUMBER

3