UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.          )<br>)<br>MURALI YAMAZULA VENKATA, )<br>)<br>Defendant.     )<br>_____ ) | Case No. 20-cr-00066-RDM |

### GOVERNMENT'S MOTION TO DISMISS COUNT THIRTEEN

On April 11, 2022, a jury found the defendant, Murali Venkata, guilty of all five counts that were submitted to it, including one count of aggravated identity theft in violation of 18 U.S.C. § 1028A (Count Thirteen). On November 10, 2022, the Supreme Court granted certiorari in *Dubin v. United States*, No. 22-10, on the question of "whether a person commits aggravated identity theft any time he mentions or otherwise recites someone else's name while committing a predicate offense." On November 16, 2022, this Court stayed proceedings in this case pending the Supreme Court's decision in *Dubin*.

On June 8, 2023, the Supreme Court issued its decision in *Dubin*, holding that:

> A defendant "uses" another person's means of identification "in relation to" a predicate offense when this use is at the crux of what makes the conduct criminal. To be clear, being at the crux of the criminality requires more than a causal relationship, such as "'facilitation'" of the offense or being a but-for cause of its "success." Instead, with fraud or deceit crimes like the one in this case, the means of identification specifically must be used in a manner that is fraudulent or deceptive. Such fraud or deceit going to identity can often be succinctly summarized as going to "who is involved."

143 S. Ct. 1557, 1573 (2023) (internal citation omitted).

In light of *Dubin*, the government moves, pursuant to Federal Rule of Criminal Procedure 48(a), to dismiss Count Thirteen of the Indictment with prejudice.

Respectfully submitted,

MATTHEW M. GRAVES  
UNITED STATES ATTORNEY  
For the District of Columbia

By: */s/ Christine M. Macey*  
CHRISTINE M. MACEY  
D.C. Bar No. 1010730  
Assistant United States Attorney  
Fraud, Public Corruption, and Civil Rights Section  
601 D Street NW  
Washington, D.C. 20530  
(202) 252-7058  
christine.macey@usdoj.gov

COREY R. AMUNDSON  
CHIEF, Public Integrity Section  
U.S. Department of Justice

By: */s/ Victor R. Salgado*  
VICTOR R. SALGADO  
D.C. Bar No. 975013  
Senior Litigation Counsel  
Public Integrity Section  
U.S. Department of Justice  
1301 New York Avenue, NW  
Washington, D.C. 20530  
(202) 353-4580  
victor.salgado@usdoj.gov

By: */s/ Celia R. Choy*  
CELIA R. CHOY  
D.C. Bar No. 1017211  
Trial Attorney  
Public Integrity Section  
U.S. Department of Justice  
1301 New York Avenue, NW  
Washington, D.C. 20530  
(202) 875-1557  
celia.choy@usdoj.gov