IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Case No. 20-cr-00066-RDM |
| v. | Honorable Randolph D. Moss |
| MURALI YAMAZULA VENKATA, | |
| Defendant. | |

**UNOPPOSED MOTION TO CONTINUE SENTENCING**

Murali Yamazula Venkata, by and through undersigned counsel, respectfully submits this unopposed motion to continue his sentencing hearing, which is currently scheduled for January 4, 2024. In support of this motion, counsel respectfully submits the following:

1. On January 2, 2024, an unavoidable conflict arose that would require counsel for Mr. Venkata to be out of the jurisdiction and therefore unavailable on Thursday, January 4, 2024.

2. Accordingly, Mr. Venkata respectfully requests a brief continuance of his sentencing hearing.

3. The government does not oppose Mr. Venkata's request for a continuance of his sentencing hearing. For scheduling purposes, the government and Mr. Venkata are available at the following times: January 16, 2024 before 2:30 PM; January 17, 2024 after 2 PM; January 18, 2024 all day; and January 19, 2024 from 11 AM to 2 PM.

4. Mindful of Charles Edwards's repeated requests for continuances of his own sentencing hearing, Mr. Venkata respectfully submits that such a brief

continuance of Mr. Venkata's sentencing hearing would still permit Mr. Edwards to incorporate information from Mr. Venkata's sentencing into his own memorandum, which is not due until January 19, 2024.

Respectfully submitted,

*/s/ Katherine M. Savarese*
Katherine M. Savarese (*pro hac vice*)
SULLIVAN & CROMWELL LLP
125 Broad Street
New York, NY 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: savaresek@sullcrom.com

Kamil R. Shields
SULLIVAN & CROMWELL LLP
1700 New York Avenue, N.W. Suite 700
Washington, D.C. 20006-5215
Telephone: (202) 956-7040
Facsimile: (202) 956-7676
Email: shieldska@sullcrom.com