UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| vs. | : Case No.: 20-CR-66 (RDM)-2 |
| MURALI YAMAZULA VENKATA, | : |
| Defendant. | : |

# NOTICE OF APPEAL

**Name and address of appellant:** Murali Yamazula Venkata

**Name and address of appellant's attorney:** Michelle Peterson
Chief Assistant Federal Public Defender
Office of the Federal Public Defender
625 Indiana Ave., N.W., Suite 550
Washington, DC 20004

**Offenses:** 18 U.S.C. § 371: Conspiracy to Defraud the US
18 U.S.C. §§ 641 & 2 Theft of Government Property & Aiding & Abetting
18 U.S.C. § 1343 Wire Fraud
18 U.S.C. § 1519 Destruction of Records

**Concise statement of judgment or order, giving date, and any sentence:**

JUDGMENT (01/31/24): Defendant sentenced on counts 1, 2, 11, and 16 to 4 months incarceration with BOP to run concurrent; 24 months supervised release to run concurrently; $296.00 Restitution and $400.00 Special Assessment.

**Name and institution where now confined, if not on bail:**

I, the above-named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia from the above-stated judgment.

| | |
|---|---|
| January 31, 2024 | Murali Yamazula Venkata |
| DATE | APPELLANT |
| | |
| CJA, NO FEE     FPD | A. J. Kramer |
| PAID USDC FEE   NO | FEDERAL PUBLIC DEFENDER |
| PAID USCA FEE   NO | ATTORNEY FOR APPELLANT |

Does counsel wish to appear on appeal? Yes

Has counsel ordered transcripts? No

Is this appeal pursuant to the 1984 Sentencing Reform Act? No